■ S. Roe, Appellant, v R. Doe, Respondent. — Order, Supreme Court, New York County (Alvin Klein, J.), entered on December 27, 1983, unanimously affirmed. Respondent shall recover of appellant $50 costs and disbursements of this appeal. Plaintiff's time within which to serve an amended complaint is extended for a period of 20 days after the date of this court's order, wherein plaintiff may reallege relevant facts omitting scandalous and evidentiary material. No opinion. Concur — Murphy, P. J., Sandler, Carro, Silverman and Kassal, JJ.

■ Brigitte Ostier, Respondent, v Sylvain Ostier, Appellant. The State of New York ex rel. Brigitte Ostier, Respondent, v Sylvain Ostier, Appellant. — Appeal from order, Supreme Court, New York County (Hortense Gabel, J.), entered on or about May 23, 1984, unanimously dismissed as nonappealable, without costs and without disbursements, for lack of appealable order. No opinion. Concur — Murphy, P. J., Sandler, Carro, Silverman and Kassal, JJ.

■ Sonia Maldonado, Respondent-Appellant, v Robert Stok, Appellant-Respondent. — Motion for enlargement of time and for other relief denied and, *sua sponte,* the appeal is dismissed. Cross motion for a stay denied. Concur — Murphy, P. J., Sandler, Silverman and Kassal, JJ.

■ In the Matter of Joseph P. Savino, Appellant, v Robert J. McGuire, as Police Commissioner of the City of New York and as Chairman of the Board of Trustees of the Police Pension Fund, Article II, et al., Respondents. — Judgment, Supreme Court, New York County (Alfred Ascione, J.), entered on December 14, 1983, unanimously affirmed for the reasons stated by Ascione, J., at Special Term, without costs and without disbursements. Concur — Murphy, P. J., Sandler, Carro, Silverman and Kassal, JJ.

■ John M. Shaheen et al., Appellants, v Ataka & Co., Ltd., et al., Defendants, and Mobil Corporation, Respondent. — Appeal from order, Supreme Court, New York County (Eve Preminger, J.), entered on August 20, 1982, unanimously dismissed as moot, without costs and without disbursements. The decision of *Matter of Offshore Rights of Newfoundland* (__ SCR __ [Supreme Ct, Canada]) rendered the lawsuit moot. No opinion. Concur — Sullivan, J. P., Asch, Fein and Milonas, JJ.